# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**GEORGE SOLER YOUNG,** )
)
       Plaintiff, )
)
v. )     No. CIV 15-127-RAW-SPS
)
**HECTOR RIOS, et al.,** )
)
       Defendants. )

## OPINION AND ORDER

Plaintiff, an inmate in the custody of the Oklahoma Department of Corrections ("DOC") who is incarcerated at Oklahoma State Penitentiary in McAlester, Oklahoma, brings this action under the authority of 42 U.S.C. § 1983, seeking relief for constitutional violations allegedly occurring at Lawton Correctional Facility ("LCF"), a private prison in Lawton, Oklahoma. The defendants are LCF Warden Hector Rios, GEO Corrections Vice President Reed Smith, GEO Group, Inc., DOC Director Robert Patton, and 17 additional LCF officials.

Plaintiff alleges he was subjected to physical and sexual assault and battery while in hand restraints at LCF. The defendants also allegedly have retaliated against him, deprived him of the ability to exhaust administrative remedies, withheld food, tampered with his mail, confiscated his property, conspired to transfer him, and placed his life in danger by putting him in the general population for fabricated reasons. He further asserts he needs medical, dental, and eye care, as well as placement in the protective custody unit.

Upon review of plaintiff's complaint, it appears that proper venue does not lie in this district. The majority of the defendants are citizens of the Western District of Oklahoma. *See* 28 U.S.C. § 1391(b)(1). In addition, a substantial part of the alleged events or omissions giving rise to plaintiff's claims occurred at LCF, which is located within the territorial jurisdiction of the Western District of Oklahoma. *See* 28 U.S.C. § 1391(b)(2). Therefore, this action hereby is transferred in the interest of justice to the United States District Court

for the Western District of Oklahoma. *See* 28 U.S.C. § 1631.

**IT IS SO ORDERED** this 11th day of June 2015.

**Dated this 11th day of June, 2015.**

                                                  Ronald A. White
                                                United States District Judge
                                                Eastern District of Oklahoma