# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE SOLER YOUNG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HECTOR A. RIOS, Warden, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-15-641-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 81. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Defendant Patton's Motion to Dismiss is GRANTED and GEO Defendants' Motion to Dismiss is GRANTED IN PART as more fully set out in the Report and Recommendation. Further, this matter is re-referred to Magistrate Judge Goodwin for further proceedings on the remaining claims: 1) First Amendment retaliatory transfer claim against Defendants Rios, Caldwell, Gibson, Phume, Roody, DeAlmenau, Sessurs, Smith, Alston, Ellington and Calhoun; and 2) the Eighth Amendment excessive force claim against Defendants Taime, Rauche, Wiltshire, Hill and Roody.

IT IS SO ORDERED this 21st day of April, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE