# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE SOLER YOUNG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-15-641-R ) |
| HECTOR A. RIOS, et al., | ) ) |
| Defendants. | ) |

## ORDER

Plaintiff George Soler Young, a state prisoner appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the United States Constitution. Pursuant to 28 U.S.C. § 636(b)(1), this matter was referred to United States Magistrate Judge Charles B. Goodwin. On March 7, 2018, Plaintiff filed a motion for injunctive relief, *see* Doc. 138, and on June 29, 2018, Judge Goodwin issued a Report and Recommendation wherein he recommended that Plaintiff's motion be denied. *See* Doc. 156. Plaintiff filed a timely objection to the Report and Recommendation, *see* Doc. 161, giving rise to the Court's obligation to undertake a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. Having conducted this *de novo* review, the Court hereby ADOPTS the Report and Recommendation in its entirety and denies Plaintiff's motion filed on March 7, 2018. Plaintiff's objection provides neither arguments nor legal authority to contradict those set forth in Judge Goodwin's Report and Recommendation. The claims raised by Plaintiff in Case No. CIV-15-641-R remain pending before Judge Goodwin.

IT IS SO ORDERED this 5th day of September 2018

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE