UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE SOLER YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-641-G |
| ) | |
| HECTOR A. RIOS et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In a Response (Doc. No. 227) filed on December 3, 2024, Plaintiff George Soler Young stated: "Plaintiff was recently advised that Defendant [Russell] Hill died earlier this year, and a probate has been opened. Plaintiff is evaluating whether to file a motion to substitute Mr. Hill's personal representative." Pl.'s Resp. (Doc. No. 227) at 2.

Pursuant to Federal Rule of Civil Procedure 25(a), "If a motion [for substitution] is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As of this date, no motion to substitute regarding Defendant Hill has been filed. In addition, Defendants continue to identify Defendant Hill as an intended witness at trial in this matter, which is set upon the Court's June 2025 jury trial docket. *See* Proposed Final Pretrial Report (Doc. No. 249) at 15.

IT IS THEREFORE ORDERED that, within fourteen (14) days of the date of this Order, Plaintiff shall file a formal suggestion of death, a motion for or stipulation of dismissal of claims against Defendant Hill, or other clarification as to Plaintiff's requested

disposition of this action as it pertains to Defendant Hill.  *See* Fed. R. Civ. P. 25(a); *see also Holland v. Trout*, No. CIV-18-511-G, 2019 WL 2298792, at *1 (W.D. Okla. May 30, 2019).

    IT IS SO ORDERED this 9th day of May, 2025.

                                                        /s/ Charles B. Goodwin
                                                        CHARLES B. GOODWIN
                                                        United States District Judge